# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 17, 2010

No. 09-60604
Summary Calendar

Lyle W. Cayce
Clerk

ABDULALI NURAMOHA MAKNOJIA,

Petitioner

v.

ERIC H. HOLDER, JR., U.S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A078 987 637

Before HIGGINBOTHAM, CLEMENT, and SOUTHWICK, Circuit Judges.
PER CURIAM:[*]

Abdulali Nuramoha Maknojia, a native and citizen of India, petitions this court to review the decision of the Board of Immigration Appeals (BIA) upholding the decision of the immigration judge denying his application for withholding of removal. Maknojia argues that given his credible testimony and the documentary evidence depicting the persecution of Muslims by Hindu extremists, a reasonable person in his circumstance would fear persecution if returned to India.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We conclude from a review of the record that the BIA's determination is supported by substantial evidence, and the record does not compel a conclusion contrary to the BIA's denial of withholding of removal. *See Eduard v. Ashcroft*, 379 F.3d 182, 193 (5th Cir. 2004); *Chun v. INS*, 40 F.3d 76, 78 (5th Cir. 1994); 8 C.F.R. § 208.16(b). Accordingly, the petition for review is DENIED.